# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

KASEY FURGALA,
Plaintiff

v.

DELTA CHARTER TOWNSHIP, BRIAN REED, in his Official Capacity, and JOHN KAHLER, in his Official Capacity,
Defendants.

Case No. 1:25-cv-191
Hon. Jane M. Beckering

TO: BRIAN REED
ADDRESS: Township Manager
Township Hall
7710 West Saginaw Highway
Lansing, MI 48917

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kevin J. Kelly
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, Michigan, 48602

CLERK OF COURT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

By: Deputy Clerk _______ Date 02/26/2025

## PROOF OF SERVICE

This summons for BRIAN REED (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

KASEY FURGALA,
Plaintiff

v.

DELTA CHARTER TOWNSHIP, BRIAN REED, in his Official Capacity, and JOHN KAHLER, in his Official Capacity,
Defendants.

Case No. 1:25-cv-191
Hon. Jane M. Beckering

TO: JOHN KAHLER
ADDRESS: Delta Township Assistant Fire Chief
Delta Township Fire Department
811 North Canal Road
Lansing, MI 48917

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kevin J. Kelly
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, Michigan, 48602

CLERK OF COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

By: Deputy Clerk ____ Date 02/26/2025

## PROOF OF SERVICE

This summons for JOHN KAHLER (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

KASEY FURGALA,
Plaintiff

v.

DELTA CHARTER TOWNSHIP, BRIAN REED, in his Official Capacity, and JOHN KAHLER, in his Official Capacity,
Defendants.

Case No. 1:25-cv-191
Hon. Jane M. Beckering

TO: Delta Charter Township
ADDRESS: Supervisor, Fonda J.Brewer
Township Hall
7710 West Saginaw Highway
Lansing, MI 48917

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kevin J. Kelly
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, Michigan, 48602

CLERK OF COURT




02/26/2025

By: Deputy Clerk ______ Date

---

### PROOF OF SERVICE

This summons for Delta Charter Township (name of individual and title, if any) was received by me on ______ (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______ (name of individual), who is designated by law to accept service of process on behalf of ______ (name of organization) on ______ (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

______
*Server's signature*

Additional information regarding attempted service, etc.:

______
*Server's printed name and title*

______
*Server's address*